ROMAN RABINOVICH, Plaintiff, and EDWARD L. SMITH, Appellant, v JO ANN WOMACK et al., Defendants, and DUNOLLY OWNERS' CORP., Respondent. (And a Third-Party Action.) [868 NYS2d 924]

Stipulations of settlement are favored by the courts and are not to be lightly cast aside (*see Hallock v State of New York,* 64 NY2d 224, 230 [1984]). "Only where there is cause sufficient to invalidate a contract, such as fraud, collusion, mistake or accident, will a party be relieved from the consequences of a stipulation made during litigation" (*Hallock v State of New York,* 64 NY2d 224, 230 [1984] [citation omitted]; *see McCoy v Feinman,* 99 NY2d 295, 302 [2002]; *Moshe v Town of Ramapo,* 54 AD3d 1030 [2008]; *Shockome v Shockome,* 53 AD3d 610 [2008]; *Racanelli Constr. Co., Inc. v Tadco Constr. Corp.,* 50 AD3d 875 [2008]). The appellant failed to establish any legitimate basis to modify the subject stipulation. Fisher, J.P., Florio, Carni and Chambers, JJ., concur.